# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | |
| : | Case No. 5:20-cr-13 (MTT) |
| **MICHAEL ANTONIO WALKER,** : | |
| _____ : | |

## ORDER

On March 5, 2025, Defendant Michael Antonio Walker appeared before the Court for an initial appearance on an amended petition for action on supervised release (Doc. 51). At an initial appearance on the original petition on February 4, 2025, Defendant was allowed to be released subject to an order setting conditions of release. (Doc. 47).

Based on the new allegation in the amended petition, the order setting conditions of release is hereby **MODIFIED** to include the following additional conditions:

1. Defendant shall submit to location monitoring (GPS monitoring) as directed by the pretrial services office or supervising officer and comply with all of the program requirements and instructions provided. Defendant shall pay all or part of the cost of the program based on his ability to pay as determined by the pretrial services office or supervising officer.

2. Defendant is restricted to his residence at all times except for employment; education; religious services, medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities approved in advance by the supervising officer.

3. Defendant shall reside at 116 Saul's Branch Road in Warner Robins, Georgia.

All other conditions of release, as set forth in the Order of February 4, 2025, (Doc. 47), shall remain in effect.

**SO ORDERED**, this 5th day of March, 2025.

s/ Charles H. Weigle
Charles H. Weigle
United States Magistrate Judge